LOUIS TRASHANSKY, Respondent, v. SIMON ABELS and Others, Appellants.— Order granting summary judgment and interlocutory judgment entered thereon reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that upon the issues presented

here the case must be disposed of by trial. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.